IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE: Lin Du ~~[redacted]~~

\# 3:17-bk-33171-SHB
Chapter 13

OBJECTING PARTY: Dana Li (creditor)

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

- [x] 1. Debtor(s) not eligible for chapter 13 relief. 11 U.S.C. § 109.
- [x] 2. Plan not proposed in good faith. 11 U.S.C. § 1325(a)(3)
- [ ] 3. Creditors receive less under the plan that they would receive in a chapter 7. 11 U.S.C. § 1325(a)(4)
- [x] 4. Plan does not provide for payment of all disposable income. 11 U.S.C. § 1325(b)(1)(B)
- [x] 5. The plan is not feasible. 11 U.S.C. § 1325(a)(6)
- [x] 6. Petition not filed in good faith. 11 U.S.C. §1325 (a)(7)
- [x] 7. Debtor(s) has failed to pay required domestic support obligations post-petition. 11 U.S.C. §1325 (a)(8)
- [ ] 8. Unsecured claims are improperly classified or plan unfairly discriminates a class. 11 U.S.C. § 1322(b)(1)
- [ ] 9. Plan improperly provides for lien avoidance.
- [x] 10. Collateral is undervalued or all collateral not listed. 11 U.S.C. § 1325(a)(5)(B)(ii)
- [ ] 11. No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)(ii)
- [ ] 12. Lack of adequate protection, either in monthly payment on secured debt or absence of insurance.
- [ ] 13. The plan does not permit a deficiency claim.
- [ ] 14. Security interest in principal residence is impermissibly modified, no mortgage arrearage listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322 (b)(2)
- [ ] 15. Plan does not provide for lien retention for a secured claim. 11 U.S.C. § 1325(a)(5)(B)(i)
- [x] 16. Other: Debtor (Lin Du) has various off shore accounts in China which he did not list in the petition. The accounts contain substantial funds.

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

_[signature]_
Attorney for Creditor

_[signature]_ Chapter 13 Trustee
11/20/2017