IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:    Lin Du    #17-33171-SHB
Chapter 13

OBJECTING PARTY:  **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

\_\_\_    1.  Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109

_x__    2.  Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

\_\_\_    3.  Creditors receive less under the plan that they would receive in a chapter 7.
             11 U.S.C. § 1325(a)(4)

_x__    4.  Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)

_x__    5.  The plan is not feasible.  11 U.S.C. § 1325(a)(6)

_x__    6.  Petition not filed in good faith.  11 U.S.C. §1325 (a)(7)

\_\_\_    7.  Debtor(s) has failed to pay required domestic support obligations post-petition.
             11U.S.C. §1325 (a)(8)

\_\_\_    8.  Unsecured claims are improperly classified or plan unfairly discriminate as a class.
             11 U.S.C. § 1322(b)(1)

\_\_\_    9.  Plan improperly provides for lien avoidance.

\_\_\_    10.  Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)

\_\_\_    11.  No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)

\_\_\_    12.  Lack of adequate protection, either in monthly payment on secured debt or absence of
              insurance. 11 U.S.C. §1325(a)(5)(B)

\_\_\_    13.  The plan does not permit a deficiency claim.

\_\_\_    14.  Security interest in principal residence is impermissibly modified, no mortgage arrearage
              listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

\_\_\_    15.  Plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)

\_\_\_    16.  Debtor(s) have unfiled federal income tax returns.  11 U.S.C. §1325 (a)(9).

\_\_\_    17.  Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

_X_    18.  Trustee preserves any and all other applicable objections to confirmation.

\_\_\_    19.  Other :_____
              _____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

/s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995