IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:  LIN DU  #17-33171-SHB
Chapter 13

-------------------------------------------------------------------------------------------------------------

CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO
COURT CLAIM #02 OF DAN LI

In response to the Debtor's Objection to Court Claim #02 filed by Dan Li, the Chapter 13 Trustee, Gwendolyn M. Kerney, requests administrative clarification as to the amount of the claim to be paid priority unsecured since the creditor's proof of claim indicates an amount of $13,800.00 to be paid as priority unsecured and the debtor's proposed order provides for $23,100.00 to be paid as priority unsecured.

Respectfully submitted,

/s/ Gwendolyn M. Kerney (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN.  37901
(865) 524-4995

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Response has been serviced by electronic mail and/or by first class United States mail postage prepaid on Lin Du, 11529 Woodcliff Drive, Knoxville, TN 37934; Richard M. Mayer and/or John P. Newton, Law Offices of Mayer & Newton, 1111 Northshore Dr., S-570, Knoxville, TN 37919; United States Trustee, 800 Market Street, Ste. 114, Knoxville, TN 37902; A. Philip Lomonaco, Attorney for Dan Li, 800 S. Gay St., Suite 1950, Knoxville, TN 37929, this 29th day of March, 2018.

/s/ Gwendolyn M. Kerney (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee