**SO ORDERED.**
**SIGNED this 16th day of May, 2018**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|    LIN DU | ) | Case No. 3:17-bk-33171-SHB |
| | ) | |
|    Debtor | ) | Chapter 13 |
| | ) | |

**AGREED ORDER**
**ON OBJECTION BY DEBTOR TO CLAIM NO. 2**

This matter came upon the Debtor's objection to the claim filed by Dan Li, Claim #2. Upon agreement of the Debtor, Dan Li and the Trustee by counsel, for good cause shown,

It is hereby ORDERED that claim#2, filed by Dan Li, in the amount of $97,400.00 shall be treated as unsecured, and classified as follows: $23,100.00 as unsecured priority and $74,300.00 as unsecured general. The reply and/or response of the Trustee and Dan Li are resolved by this Agreed Order.

# # #

APPROVED FOR ENTRY:

/s/ Richard M. Mayer, #5534
/s/ John P. Newton, Jr., #010817
Attorneys for Debtor
1111 Northshore Drive, Suite S-570
Knoxville, TN  37919
(865) 588-5111
mayerandnewton@mayerandnewton.com


/s/ Ryan E. Jarrard
Ryan E. Jarrard, #024525
Quist, Fitzpatrick & Jarrard PLLC
2121 First Tennessee Plaza
800 S. Gay Street
Knoxville, TN 37929
rej@qcflaw.com


/s/ Gwendolyn M. Kerney (by ml w/perm)
Gwendolyn M. Kerney
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901