IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:     Lin Du                            #17-33171-SHB
                                             Chapter 13
                                             Filed 10/18/17
                                             Confirmed July 2, 2018

## NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the <u>Chapter 13 Trustee's Motion to Dismiss</u> on 08/18/2021 at 11:00 a.m., in the Courtroom 1C, located at U.S. Bankruptcy Court, Howard H. Baker, Jr. Courthouse, 800 Market St., Knoxville, TN 37902.**

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter and order granting that relief.**

## TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C. §1307 for one or more of the following reasons:

_x___    Current plan arrearage is approximately $1,060.00 since plan filed.
_____    Cumulative plan arrearage is approximately $ based on prior Motions to Dismiss.
_____    Secured creditors are behind.
_x___    Case is no longer feasible due to: _x__ plan arrearages; ___excessive claims filed.
_____    Case has expired or is near expiration with an unpaid balance of $_____.
_____    Debtor(s) failed to appear for scheduled 341 Meeting of Creditors.
_____    .
_____    .

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

      Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion to Dismiss and Notice of Hearing and hereby certifies that a true and exact copy of the same has been serviced by Electronic Case Filing (ECF) and/or by first class United States Mail (USM) postage prepaid on the following individuals as addressed below on July 28, 2021.

LIN DU / (USM)
11450 WOODCLIFF DRIVE
KNOXVILLE, TN 37934-

s/ Gwendolyn M. Kerney ( by en w/perm)
Gwendolyn M. Kerney, #7280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995

RICHARD M. MAYER AND/OR JOHN P. NEWTON (ECF)
LAW OFFICES OF MAYER & NEWTON
Debtor(s) Attorney

Tiffany DiIorio (ECF)
U.S. Trustee's Office